IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ZACHERY HARTLEY**                                                             **PLAINTIFF**

v.                                 **Case No. 4:24-CV-00828-JM**

**LAFAYETTE WOODS, JR.,**
Head Sheriff, *et al.*                                                        **DEFENDANTS**

## **ORDER**

Hartley has not complied with the October 3, 2024 Order directing him to pay the filing and administrative fees for this case or file a motion to proceed *in forma pauperis*. *Doc. 2*. The time to do so has expired.

Therefore, this case is dismissed without prejudice due to a lack of prosecution. Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2). It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 12th day of November, 2024.

                                                                             _____
                                                                             UNITED STATES DISTRICT JUDGE