IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ZACHERY HARTLEY**                                                                               **PLAINTIFF**

v.                              **Case No. 4:24-CV-00828-JM**

**LAFAYETTE WOODS, JR.,**
**Head Sheriff,** *et al.*                                                                    **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 12th day of November, 2024.

_____
UNITED STATES DISTRICT JUDGE